IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONTROLSOFT, INC., | ) |
| | ) Case No. 1:22-CV-02004-DAR |
| Plaintiff, | ) |
| | ) Honorable David A. Ruiz |
| vs. | ) |
| | ) Magistrate Judge Jonathan D. Greenberg |
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

**WRITTEN NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that the mailing addresses and office locations of Michael W. De Vries, Christopher Lawless, Andrew Morrill, Yungmoon Chang and Maria Monica Beltran of the law firm Kirkland & Ellis LLP, counsel for The Dow Chemical Company, have changed. The new mailing addresses are as follows:

Michael W. De Vries
Andrew Morrill
Yungmoon Chang
Kirkland & Ellis LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822


Christopher Lawless
Maria Monica Beltran
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200

1

All other contact information has remained unchanged.

Date: June 15, 2025                                   Respectfully submitted,


By: /s/  Christopher Lawless
James D. Robenalt (No. 22165)
Jim.Robenalt@ThompsonHine.com
Ashley Bailes (No. 0096768)
Ashley.Bailes@ThompsonHine.com
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114
Telephone: 216.566.5500
Facsimile: 216.566.5800

Adam R. Alper (*pro hac vice*)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (*pro hac vice*)
michael.devries@kirkland.com
Andrew Morrill (*pro hac vice*)
drew.morrill@kirkland.com
Yungmoon Chang (*pro hac vice*)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone: (714) 982-8822

Christopher Lawless (*pro hac vice*)
christopher.lawless@kirkland.com
Maria Monica Beltran (*pro hac vice*)
maria.beltran@kirkland.com
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200

Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Miranda D. Means (*pro hac vice)*
miranda.means@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
Facsimile: (617) 385-7501

*Attorneys for Defendant The Dow Chemical Company*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on June 15, 2025 with a copy of this document via the Court's CM/ECF system.

*/s/ Christopher Lawless*
Christopher Lawless
